IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL CLAUDIO-RIVERA,

        Plaintiff,

v.                              Case No.: 3:23-cv-47-slc

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

        Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters an order under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge will proceed through the sequential disability evaluation process as appropriate and issue a new decision.

SO ORDERED this 27th day of June 2023.

_____
Honorable Stephen L. Crocker
United States Magistrate Judge